UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADAMM LINTON,

    Plaintiff,

v.                            Case No. 11-C-1112

WILLIAM POLLARD,

    Defendant.

**ORDER**

Adamm Linton, an inmate at Waupun Correctional Institution, has filed an Application for Petition for Habeas Corpus challenging his conviction in state court for first degree reckless homicide and felony murder. He has also filed a petition to proceed *in forma pauperis*.

The motion to proceed *in forma pauperis* will be denied because the filing fee for a petition for habeas corpus in only $5.00 and Linton admits in his affidavit of indigency that he has more than adequate funds to pay such a fee. In addition, the petition will be returned to Linton so that he can sign his petition, thereby verifying the truth of the allegations made and his intent to invoke the jurisdiction of the Court.

Accordingly, the petition to proceed *in forma pauperis* is DENIED and the clerk is directed to return the petition to Linton so that he can sign the petition. Linton should then return the signed petition, along with the $5.00 filing fee, within the next 30 days to avoid dismissal of the action.

**SO ORDERED** this   13th   day of December, 2011.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge